# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00528-CV

### In re Hochheim Prairie Casualty Insurance Company

---

### ORIGINAL PROCEEDING FROM CALDWELL COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Justices Triana, Crump, and Ellis

Filed: July 24, 2026